# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN V. CARRANZA,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about January 12, 2022, in the Southern District of Ohio, the defendant, **JUAN V. CARRANZA**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a EAA .38 caliber revolver, serial number 1050217, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

### COUNT TWO
### (Felon in Possession of Ammunition)

2. On or about January 12, 2022, in the Southern District of Ohio, the defendant, **JUAN V. CARRANZA**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: 12 rounds of live ammunition, said ammunition having been shipped and transported in interstate or foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of the offense alleged in Count One or Count Two of the Indictment, the defendant, **JUAN V. CARRANZA**, shall forfeit to the United States in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition, involved in or used in such offense including, but not limited to:

- One EAA .38 caliber revolver, bearing serial number 1050217; and
- Approximately 12 rounds of live ammunition.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*(signature)*

**JOSEPH M. GIBSON (0084587)**
Special Assistant United States Attorney

*(signature)*

**ELIZABETH A. GERAGHTY (0072275)**
Assistant United States Attorney

2